UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


THOMAS J. DOLAN,
      Plaintiff,


         v.                            CIVIL ACTION NO.
                                       10-10249-PBS


RALPH TAVARES, in His
Individual Capacity, and
DIANE CONNELL, in Her
Individual Capacity,
      Defendants.


**MEMORANDUM AND ORDER RE:**
**PLAINTIFF'S MOTION THAT STATE ATTORNEY GENERAL BE**
**DISQUALIFIED AS DEFENSE ATTORNEY FOR STATE**
**EMPLOYEES SUED ONLY INDIVIDUALLY**
**(DOCKET ENTRY # 24)**

**December 16, 2010**


**BOWLER, U.S.M.J.**

　　Pending before this court is the above styled motion.  After conducting a hearing on December 14, 2010, this court took the motion (Docket Entry # 24) under advisement.


DISCUSSION

　　Plaintiff Thomas J. Dolan ("plaintiff") seeks to disqualify Assistant Attorney General Liza Tran of the Office of the Attorney General for Massachusetts ("OAG") from continuing to represent defendants Ralph Tavares ("Tavares") and Diane Connell

("Connell"). As stated in the notice of appearance, the OAG entered an appearance for Tavares, "in his individual capacity," and for Connell, "in her individual capacity." (Docket Entry # 7). She did not enter an appearance to represent Tavares and Connell in their official capacities.

On August 6, 2010, the court dismissed the claims against Connell and denied reconsideration of the dismissal on December 7, 2010. The OAG continues to represent Tavares in his individual capacity because, as plaintiff points out, he is not being sued in his official capacity. Because Tavares and Connell were working and engaged in official duties for the state at the time of the events leading to this lawsuit, however, Massachusetts law requires the OAG to appear where, as here, "the official acts" of the officials are called into question. Mass. Gen. Laws ch. 12, § 3.

Plaintiff is advised that he is correct that the Commonwealth is not a defendant. Furthermore, the OAG's signature on various filings does not change the fact that Tavares is sued in his individual capacity only. Contrary to plaintiff's assertion, however, the OAG's representation is not shielding Tavares or Connell from personal liability.[1] Hence, there is no basis to disqualify the OAG from continuing to represent Tavares in his individual capacity.

---

[1] As noted, the court dismissed the claims against Connell.

## CONCLUSION

The motion to disqualify (Docket Entry # 24) is therefore **DENIED.**

                     /s/ Marianne B. Bowler
                     **MARIANNE B. BOWLER**
                     United States Magistrate Judge