UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS J. DOLAN
    Plaintiff,

v.

CIVIL ACTION NO.
10-10249-NMG

RALPH TAVARES,
in His Individual Capacity,
    Defendant.

**REPORT AND RECOMMENDATION RE:
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
(DOCKET ENTRY # 28)**

**May 16, 2011**

**BOWLER, U.S.M.J.**

    Pending before this court is a motion for summary judgment (Docket Entry # 28) filed by defendant Ralph Tavares ("defendant") pursuant to Rule 56, Fed. R. Civ. P.

PROCEDURAL BACKGROUND

    On February 17, 2010, plaintiff Thomas J. Dolan ("plaintiff") filed an amended complaint (Docket Entry # 5) in which he raises a federal claim against defendant pursuant to 42 U.S.C. § 1983 ("section 1983") (Count I). Count One alleges that defendant violated plaintiff's First and Fourteenth Amendment rights by constructively evicting him from a public law library and preventing his continued access to that library. Plaintiff also raises various state law claims against defendant for

*Treating plaintiff's "objections" thereto as merely gratuitous, Report and Recommendation accepted and adopted.*

*/s/ NMGorton, USDJ 7/8/11*